UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RONALD WEBSTER** | * | **CIVIL ACTION NO. 07-4812** |
| | * | |
| VS. | * | SECTION "I" |
| | * | |
| **STATE FARM FIRE AND CASUALTY INSURANCE COMPANY** | * | MAGISTRATE 1 |
| | * | |
| * * * * * * * * * * * * * * * | | |

### DEFENDANT'S MOTION IN LIMINE TO PRECLUDE ANY EVIDENCE OF OR REFERENCE TO MENTAL ANGUISH DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes State Farm Fire and Casualty Company ("State Farm"), who moves this Honorable Court for an order in limine precluding any claim for plaintiffs' mental anguish damages and excluding any argument or evidence pertaining to such claim, for the reasons set forth in the accompanying memorandum.

**WHEREFORE**, the foregoing considered, State Farm moves that this motion in limine be granted and that the Court issue an order precluding any claim for mental anguish damages and excluding any argument or evidence pertaining to such a claim.

Respectfully submitted,

*s/ Donna Bramlett Wood*
THOMAS P. ANZELMO (#2533)
DONNA BRAMLETT WOOD (#22692)
MCCRANIE, SISTRUNK, ANZELMO, HARDY, MAXWELL & MCDANIEL
3445 N. Causeway Blvd., Suite 800
Metairie, Louisiana 70002
Telephone: (504)831-0946
Attorneys for State Farm Fire and Casualty Company

## **CERTIFICATE**

I do hereby certify that I have on this 8th day of April, 2008, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/ Donna Bramlett Wood*